

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2017

No. 04-17-00182-CR

Darnell **ROGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR12728
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

In this appeal, Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to file a pro se brief. Thereafter, the State waived its right to file a response to the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). On October 23, 2017, appellant Darnell Rogers, who is indigent, moved this court for a free copy of the appellate record. *See* TEX. R. APP. P. 20.2.

Appellant's motion for a free copy of the appellate record is GRANTED.

We direct the clerk of this court to (1) provide Appellant with a printed copy of the appellate record—the clerk's and reporter's records—at no cost to Appellant, (2) record in this court's records the date the appellate record was mailed to Appellant, and (3) do both these tasks within FIVE DAYS of the date of this order. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

The appellate record should be mailed to Appellant at the following address:

Darnell Rogers, 8460371
TDCJ Number 2127827
Stiles Unit
3060 FM 3514
Beaumont, TX 77705-7635

Appellant's pro se brief will be due **THIRTY-FIVE DAYS** after this court mails Appellant a printed copy of the appellate record. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2017.



_____
Keith E. Hottle
Clerk of Court